GREGORY B. MOUROUX (SBN: 231948)
JOHN DI BENE (SBN: 177359)
AT&T SERVICES, INC. – LEGAL DEPT.
525 Market Street, Suite 2009
San Francisco, CA  94105
Phone:   (415) 778-1359
Fax:       (415) 882-4458
Email:   gm744n@att.com
              jdb@att.com

ANDREW C. EMERSON, Pro Hac Vice
AARON M. SHANK, Pro Hac Vice
PORTER WRIGHT MORRIS & ARTHUR, LLP
41 South High Street
Columbus, OH  43215
Phone:  (614) 227-2000
Fax:       (614) 227-2100
Email:  aemerson@porterwright.com
              ashank@porterwright.com

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

CLAUDIA M. QUINTANA, City Attorney (SBN: 178613)
KELLY J. TRUJILLO, Deputy City Attorney (SBN: 244286)
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendant City of Vallejo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF VALLEJO, a California municipal corporation,<br><br>            Defendant. | Case No.  2:13-CV-01065-MCE-KJN<br><br>**ORDER**<br><br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint filed:  May 29, 2013<br><br>Trial: Not yet scheduled |

## ORDER

In consideration of the Stipulation of Dismissal filed by the parties to this action on July 1, 2014, and good cause being shown, this case is ordered dismissed with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT